

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN THE INTEREST OF D.N.C., A CHILD | § | No. 08-21-00214-CV |
| | § | Appeal from the |
| | § | 383rd Judicial District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 2001-CM2880) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the trial court's order granting bill of review and order adjudicating non-parentage of H.C. as to D.N.C., and remand the cause to the trial court for further proceedings consistent with this opinion. We further order that Appellant recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 23RD OF NOVEMBER, 2022.

SANDEE B. MARION, Chief Justice (Ret.)

Before Rodriguez, C.J., Alley, J., and Marion, C.J. (Ret.)
Marion, C.J. (Ret.) (Sitting by Assignment)